they were the stakes placed there pursuant to the Jones survey, the inference was permitted that they were. Those witnesses, however, had such relation to lots bounded north by Linden street as to give them some interest in the question. The weight of their evidence was for the consideration of the jury. There were also other circumstances furnished by the evidence, and to which it is unnecessary here to refer, proper for their consideration. The question as to the actual location of Linden street by the survey as made by Jones and represented by his map was one of fact for the jury. And for the error in the refusal to submit that question to them the judgment should be reversed and a new trial granted, costs to abide the event. Lewis, J., concurred; Ward, J., not voting; Davy, J., not sitting.

Frederick B. Hall, Respondent, v. Clark Allen and Another, Appellants.— Judgment affirmed, with costs.

Fidelia Trembley, as Administratrix, etc., Plaintiff, v. The New York, Lake Erie and Western Railroad Company, Defendant.— Motion for new trial denied and judgment directed for the defendant on the nonsuit. Bradley, J., not sitting.

G. Benton Anthony, Appellant, v. Bayard T. Biddlecome, Respondent.— Order affirmed.

George C. Buell and Others, Respondents, v. James Mingo and Others, Appellants.— Judgment modified by striking out the direction of a new trial, and as so modified affirmed, with costs.

William H. Neal and Others, Respondents, v. Christopher Kerrigan, Appellant.— Order affirmed, with ten dollars costs and disbursements.

The Geneva and Waterloo Railway Company, Respondent, v. The New York Central and Hudson River Railroad Company and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements.

The Geneva and Waterloo Railway Company, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant, Impleaded, etc.— Order modified by adding thereto a clause to the effect that the manner of crossing shall be determined by the commissioners as provided by the statute, and as so modified affirmed, with ten dollars costs and disbursements. Davy, J., not sitting.

Michael J. Haugh, Respondent, v. Jerome S. Moore, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements.

John Draper, Respondent, v. Matthew McDonough, Appellant.— Order affirmed, with ten dollars costs and disbursements.

Conrad Marshall, Appellant, v. The City of Buffalo, Respondent.— Order granting a new trial affirmed. Ward, J., not voting.

Juan F. Pastor, Respondent, v. Michael Regan,

Appellant.— Judgment and order affirmed. Lewis, J., dissenting.

M. Fillmore Brown, Respondent, v. Margaret A. Root, Appellant.— Order so modified as to permit the judgment of dismissal merely of complaint to remain of record; in other respects and as so modified affirmed, without prejudice to the right of the defendant Root to move at Special Term for costs of the action. No costs of this appeal to either party.

The McCormick Harvesting Machine Company, Appellant, v. Enoch A. Clayson, Respondent.— Judgment and order affirmed. Adams, J., not sitting.

Anthony Rattell, Respondent, v. Belle Hovey, Appellant.— Judgment of the County Court and that of the Justice's Court reversed.

J. Christ Bernhardt and Another, Respondents, v. Lewis A. Redell, Appellant.— Judgment affirmed, with costs.

Ella G. Bentley and Another, Respondents, v. Schuyler C. Wells, Appellant.— Judgment affirmed.

Ida Green, Appellant, v. The Middlesex Valley Railroad Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. Ward, J., not voting.

John W. Cullis, Respondent, v. Allen G. Smith, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. Ward, J., not sitting.

The Milburn Wagon Company, Appellant, v. William A. Frazer, Respondent, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements.

Phebe J. Colby, Appellant, v. Edward Colby and Another, Respondents.—Order affirmed, without costs.

## Motions.

Henry S. Anderson v. Edward P. Dickinson.— Order amended and as amended herewith handed to and entered by the clerk of this court.

Allen J. Arnold and Others v. James Fee and Others.—Motion for the requisite certificate to enable the plaintiffs to appeal from interlocutory judgment to the Court of Appeals granted.

Thomas Larkin v. The Village of Lockport.— Motion denied.

Joseph A. Barr, Respondent, v. Henry L. Fish and Another, Appellants. — Motion for reargument or for leave to go to the Court of Appeals denied.

County of Monroe v. The City of Rochester.— Motion to amend order so as to read that the judgment of the Special Term was reversed for errors of fact as well as errors of law, granted.

In the Matter of the Application of the Auburn City Railway Company for the Appointment of Commissioners, etc.—Motion granted and commissioners appointed.

---

# FIRST DEPARTMENT, NOVEMBER TERM, 1895.

John H. Millard, Respondent, v. Holland Trust Company, Appellant.—Judgment and order affirmed, with costs.—

FOLLETT, J. : This action was begun May 12, 1893, to recover damages for the failure of the defendant to perform its executory contract by which, it is alleged, it agreed to purchase fifty $1.000 bonds and pay therefor a sum sufficient to pay the amount of the plaintiff's lien on the bonds acquired by an attachment. The defendant, in its answer,

denied making the contract, and also pleaded that it was void under the Statute of Frauds, because not in writing. The contract, if there was any, was made between the attorneys for the plaintiff and the defendant. Whether such a contract was made was the principal question of fact litigated before the jury, which found in favor of the plaintiff. The appellant does not complain of the manner in which this issue was submitted to the jury, but it urges that the question of